PER CURIAM.
Affirmed. Herzog v. Herzog, 346 So.2d 56 (Fla.1977); Shaw v. Shaw, 334 So.2d 13, 16-17 (Fla.1976); Caidin v. Caidin, 367 So.2d 248 (Fla.3d DCA 1979); Koeppel v. Koeppel, 351 So.2d 766 (Fla.3d.DCA 1977); Pfohl v. Pfohl, 345 So.2d 371, 375, 378 (Fla.3d DCA 1977); Cann v. Cann, 334 So.2d 325, 328 (Fla. 1st DCA 1976); Linares v. Linares, 292 So.2d 63 (Fla.3d DCA 1974). See and compare; Meridith v. Meridith, 366 So.2d 425 (Fla.1978); Cummings v. Cummings, 330 So.2d 134 (Fla.1976); Fraser v. Fraser, 368 So.2d 97 (Fla.3d DCA 1979).